UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **Tikiz Franchising, LLC and** <br> **Tikiz Enterprises, LLC** <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> **Kona Ice, Inc.** <br><br> Defendant/Counterclaim Plaintiff | Case No. 1:18-md-02832 <br> (from 0:18-cv-60237 SD Fla) |

## ANSWER TO COUNTERCLAIM FOR PATENT INFRINGEMENT

Tikiz Franchising, LLC and Tikiz Enterprises, LLC (collectively "Tikiz") submit the following response to the Counterclaim for Patent Infringement by Kona Ice. Inc.

1. Tikiz admits the nature of the action as recited, but denies that the claims have any merit and further denies that Kona Ice, Inc. is entitled to any relief.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Tikiz is without knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6, and these allegations are thereby denied.

7. Tikiz admits that what appears to be a copy of U.S. Patent 9,751,447 is attached to the Counterclaim as Exhibit 1; otherwise, Tikiz is without knowledge or information sufficient to

1

form a belief about the truth of the remaining allegations in paragraph 7, and these allegations are thereby denied.

8. Tikiz admits the allegations of the first sentence of paragraph 8; otherwise, Tikiz is without knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 8 (particularly a "representative" image), and these allegations are thereby denied.

9. Tikiz admits that what appears to be a copy of U.S. Patent 9,321,387 is attached to the Counterclaim as Exhibit 3; otherwise, Tikiz is without knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 9, and these allegations are thereby denied.

10. Tikiz admits the allegations of the first sentence of paragraph 10; otherwise, Tikiz is without knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 10 (particularly a "representative" image), and these allegations are thereby denied.

<u>Count I</u>

11. Tikiz re-alleges and incorporates by reference the responses in each of the paragraphs above.

12. Denied.

13. Admitted.

14. Denied.

15. Admitted.

16. Admitted.

17. Admitted.

18. Tikiz denies the allegations of paragraph 18 and further denies the details alleged to be seen in Exhibit 2.

19. Tikiz denies the allegations of paragraph 19 and further denies the details alleged to be seen in Exhibit 2.

20. Tikiz admits the allegations in the last sentence of paragraph 20 and otherwise denies the remaining allegations.

21. Denied.

## Count II

22. Tikiz re-alleges and incorporates by reference the responses in each of the paragraphs above.

23. Denied.

24. Admitted.

25. Denied; Tikiz further denies that it made, used, sold, offered for sale, or imported any vehicle as shown in Exhibit 4 of the Counterclaim after the issuance of the '387 patent.

26. Admitted though subject to the further denial in response to paragraph 25.

27. Admitted though subject to the further denial in response to paragraph 25.

28. Admitted though subject to the further denial in response to paragraph 25.

29. Admitted though subject to the further denial in response to paragraph 25.

30. Denied and also subject to the further denial in response to paragraph 25.

31. Denied and also subject to the further denial in response to paragraph 25.

32. Denied; Tikiz further denies that it made, used, sold, offered for sale, or imported any vehicle as shown in Exhibit 4 of the Counterclaim after the issuance of the '387 patent.

32 (duplicate numbering).   Denied.

33. Denied.

Affirmative Defenses

For its affirmative defenses, Tikiz hereby re-alleges and incorporates by reference all allegations and claims from its Complaint for Declaratory Judgment.

WHEREFORE, Tikiz prays that:

A. Kona's Counterclaim be dismissed with prejudice and that Kona take nothing by its pleading; and

B. Such other and further relief as the Court deems just and proper.

Dated: May 2, 2018                                           Respectfully submitted,

By: */s/ Mark C. Perry*
Mark C. Perry, Esq.
Fla. Bar No.: 251941

Law Offices of Mark C. Perry, P.A.
2400 East Commercial Boulevard
Suite 511
Ft. Lauderdale, FL 33308
Office: (954) 351-2601
Fax: (954) 351-2605
Email: mark@markperrylaw.com

Michael Culver (*pro hac vice*)
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: 703-243-6333
Fax: 703-243-6410
Email: culver@mwzb.com

Attorneys for Tikiz
Plaintiffs/Counterclaim Defendants

## CERTIFICATE OF ELECTRONIC SERVICE

**I HEREBY CERTIFY** that on this 2nd day of May 2018, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the attached Service List in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronically Notices of Electronic Filing.

        Law Offices of Mark C. Perry, P.A.
        Attorney for Defendants
        2400 East Commercial Boulevard, Suite 511
        Ft. Lauderdale, FL  33308
        Office:  (954) 351-2601
        Fax:     (954) 351-2605
        Email:  mark@markperrylaw.com

        By: */s/ Mark C. Perry*
            Mark C. Perry
            Fla. Bar No.:  251941

## SERVICE LIST

Benjamin P. Bean, Esq.
Barry P. Gruer, Esq.
Genovese Joblove & Battista, P.A.
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, FL  33301
Tel. (954) 453-8000
Fax (954) 453-8010
bbean@gjb-law.com
bgruher@gjb-law.com
*Local Counsel to Kona Ice, Inc.*

Brett A. Schatz, Esq.
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
Tel. (513) 241-2324
Fax (513) 241-6234
bschatz@whe-law.com
*Lead Counsel to Kona Ice, Inc.*